ACCEPTED
01-15-00649-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/7/2015 12:34:09 PM
CHRISTOPHER PRINE
CLERK

## NO.01-15-00649-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/7/2015 12:34:09 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS FOR THE FRIST JUDICIAL DISTRICT OF TEXAS HOUSTON, TEXAS

**DARIOUS LINDSEY, Appellant**

**VS.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 351st

**Judicial District Court**
**Harris County, Texas**
**Trial Court Cause No. 1435106**

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**JAMES M SIMS**
**440 LOUISIANA ST., SUITE 200**
**HOUSTON, TEXAS 77002**
**713-521-3000**
**713-224-2815 FAX**
**STATE BAR NO.18425000**
EMAIL:lawyersims1@live.com

**COUNSEL ON APPEAL**

**TO THE HONORABLE JUSTICES OF SAID COURT:**

COMES NOW, **DARIOUS LINDSEY**, appellant, by and through his appointed counsel on appeal, and respectfully request this Honorable Court grant an Extension of Time for Filing Appellant's Brief. The present date for filing the Brief is November11, 2015, and it is respectfully requested that said time be extended until December 25, 2015. For cause, appellant would show the court as follows:

**I**

On July 16,2014, appellant was convicted of POSS CS PG 1<1G , in the 351st District Court of Harris County, Texas entitled The State of Texas vs. **DARIOUS LINDSEY,** in the Cause Number 1435106and was sentenced to one year Texas Department of Criminal Justice, Institution Division. No motion for New Trial was filed and written Notice of Appeal was given July 24, 2015.

**II**

Counsel is unable to timely file the Brief within the time period from the first extension of filing the Reporter's Record for the following reasons:

1. Counsel is preparing for the following Trials:

*State of Texas v. Jasmine Barber*, Cause Number 1462767(POSS MARIJ 4 OZ. - 5 LBS.)(set to begin December 4,2015) .

State of Texas v. Shannon Fontenot, Cause Number 1486531, 1486532 POSS WIM / D GP 3 / 4 CS- 200-399G (F) MAN / DEL CS PG II 4-400 GRAMS (set to begin January 5,2016).

2

Counsel has the following in in court: State vs. Brandon Deleon, NO.1446207, 1472022; State vs. Angela Riaz, NO.2051326; State vs. Juan Castillo, NO.1475433; State vs De'Andr Barrett, NO.2030539,2030594 .

## II

Counsel feels that if the additional time is granted, the Brief in this cause will be filed timely.

## III

This is the first (1st) extension requested.

## IV

This motion is urged at the first opportunity as appellant is indigent and will suffer irremediable if it is not granted.

WHEREFORE, PREMISES CONSIDERED, appellant prays that this Honorable Court grant this extension of time in which to file the Appellant's Brief until December 16, 2015.

Respectfully submitted,

JAMES M SIMS
Texas Bar No. 18425000
440 Louisiana Street, Suite 200
Houston, Texas 77002
(713) 521-3000
(713) 224-2815 FAX
marie@georgeparnham.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11 day of November, 2015, a true and correct copy of the foregoing Motion was sent to the District Attorney's Office, Appellate Division.

JAMES M. SIMS